**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MOEN, AN INDIVIDUAL, LINDA MOEN, AN INDIVIDUAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES POST OFFICE, AN AGENCY OF THE FEDERAL GOVERNMENT; UNITED STATES OF AMERICA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 10-01034 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE, as to Plaintiffs' claims for negligence, negligence per se, and loss of consortium, and DISMISSED WITH PREJUDICE as to Plaintiffs' remaining claims.  The Court orders that such judgment be entered.

Dated: December 15, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge